CHARLES BUEK et. al., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

Reported below, 10 App. Div. 625.
(Argued April 19, 1897; decided May 4, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1896, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the exceptions raising questions of law are manifestly without merit and frivolous, and that the Appellate Division has unanimously decided that there is evidence supporting or tending to sustain the findings of fact.

*W. G. Peckham* for motion.

*Julien T. Davies* and *Brainard Tolles* opposed.

Motion denied, with ten dollars costs.

---

MICHAEL TULLY, Respondent, *v.* NEW YORK AND TEXAS STEAMSHIP COMPANY, Appellant.

(Argued April 19, 1897; decided May 4, 1897.)

MOTIONS for a certificate of the questions of law to be reviewed on the appeal herein, and for a preference on the calendar. (See 152 N. Y. 630.)

*Edwin R. Leavitt* for motions.

*George S. Coleman* opposed.

Motion for certificate denied, with ten dollars costs.
Motion to prefer denied, without costs.